**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 C 581

LOUVENIA HALL   vs.   HONDO INCORPORATED, d/b/a Coca-Cola Bottling Company of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LOUVENIA HALL

| | |
|---|---|
| NAME (Type or print)<br>          Marshall J. Burt, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     /s/ Marshall J. Burt | |
| FIRM          Law Offices of Marshall J. Burt | |
| STREET ADDRESS   77 West Washington Suite 1900 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06198381 | TELEPHONE NUMBER<br>(312) 419-1999 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES **X**     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐     NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES **X**   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |