# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number: 08 C 581

LOUVENIA HALL   vs.   HONDO INCORPORATED, d/b/a Coca-Cola Bottling Company of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LOUVENIA HALL

| | |
|---|---|
| NAME (Type or print) | |
| Andrew J. Cohen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Andrew J. Cohen | |
| FIRM | |
| Law Offices of Andrew J. Cohen | |
| STREET ADDRESS  77 West Washington Suite 1900 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06215895 | TELEPHONE NUMBER  (312) 419-1999 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐