U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-C-581 |
|---|---|
| Louvenia Hall, Plaintiff v. Hondo Incorporated, d/b/a Coca-Cola Bottling Company of Chicago, an Indiana Corporation, Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, HONDO INCOPORATED, d/b/a COCA-COLA BOTTLING COMPANY OF CHICAGO, an Indiana Corporation

| | |
|---|---|
| NAME (Type or print) <br> Martin P. Greene | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Martin P. Greene | |
| FIRM <br> Greene and Letts Attorneys at Law | |
| STREET ADDRESS <br> 111 W. Washington, Suite 1650 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01050117 | TELEPHONE NUMBER <br> (312) 346-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |