IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUVENIA HALL, ) | |
| ) | No. 08-C-581 |
| Plaintiff, ) | |
| ) | Hon. Judge Andersen |
| v. ) | Judge Presiding |
| ) | |
| HONDO INCORPORATED, d/b/a ) | Magistrate Judge Schenkier |
| COCA-COLA BOTTLING COMPANY ) | |
| OF CHICAGO, an Indiana corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

**TO:**   Marshall J. Burt
77 W. Washington St.,
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **March 28**, **2008**, we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached:

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**.

Respectfully submitted,

COCA COLA ENTERPRISES, INC.


By: /s/Kevin T. Lee
        Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street, Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\COCA COLA ENTERPRISES INC\HALL 0133-00006\Pleadings\03 28 08-NOF.doc

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above-mentioned documents were served on the above-mentioned parties on **March 28, 2008**.

(**X**)    by personal delivery;

( )    by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail box at 111 West Washington Street, Chicago, Illinois.

                                                */s/ Kevin T. Lee*
                                                  Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street, Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\COCA COLA ENTERPRISES INC\HALL 0133-00006\Pleadings\03 28 08-NOF.doc