AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

Northern                    DISTRICT OF                    Illinois

LOUVENIA HALL

V.

HONDO INCORPORATED

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  08 C 00581

TO:  KEEPER OF THE RECORDS
 ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY
 APPEAL DIVISION
 33 SOUTH STATE STREET, CHICAGO, IL 60603

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents, including recordings or transcripts of recordings, pertaining to Louvenia Hall (Claimant) and Hondo Incorporated (Employee, Appellant) Appeal Docket No. AR-7043346A

| PLACE | Law Offices of Marshall J. Burt | DATE AND TIME |
|---|---|---|
|  | 77 West Washington, Suite 1900, Chicago, IL 60602 | 5/12/2008 4:30 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 4/25/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Marshall J. Burt, 77 West Washington Suite 1900, Chicago, IL 60602
312.419.1999

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/00) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 4/25/08 | 33 S. State Street, Chicago, IL |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Keeper of the Records, Illinois Department of Employment | Certified Mail (7004 2510 0001 9793) |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Marshall J. Burt | Attorney |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____4/25/08_____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

77 W. Washington Suite 1900, Chicago IL 60602

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keeper of the Records
Illinois Department of Employment Security
Appeals Division
33 S. State Street, Chicago, IL 60603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent
                    □ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
                                   APR 30 2008
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
☒ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)    7004 2510 0001 9793 6800

Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

1, 2006:

quash or modify the subpoena or, if the party in whose behalf a substantial need for the testimony or material that cannot be hardship and assures that the person to whom the subpoena is compensated, the court may order appearance or production only

SUBPOENA.

ing to a subpoena to produce documents shall produce them as s of business or shall organize and label them to correspond with

not specify the form or forms for producing electronically stored ng to a subpoena must produce the information in a form or forms maintains it or in a form or forms that are reasonably usable. ing to a subpoena need not produce the same electronically stored form.

ing to a subpoena need not provide discovery of electronically s that the person identifies as not reasonably accessible because motion to compel discovery or to quash, the person from whom that the information sought is not reasonably accessible because at showing is made, the court may nonetheless order discovery sting party shows good cause, considering the limitations of Rule pecify conditions for the discovery.

subject to a subpoena is withheld on a claim that it is privileged preparation materials, the claim shall be made expressly and shall l of the nature of the documents, communications, or things not

produced in response to a subpoena that is subject to a claim of ial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject