STOCK NO. 4247
L-11 3/04



# Lisa Madigan
Attorney General
State of Illinois
Chicago

Bureau of
Unemployment Insurance

33 South State Street-Suite 992
Chicago, Illinois 60603
Telephone: 312-793-6960

May 5, 2008

Mr. Marshall J. Burt
Law Offices of Marshall J. Burt
77 West Washington Street
Suite 1900
Chicago, Illinois 60602

RE: Subpoena for the Records of:
Louvenia Hall
SS#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

Dear Mr. Burt:

   This letter will serve as a response to the subpoena sent to the Illinois Department of Employment Security.

   Section 1900 of the Illinois Unemployment Insurance Act, 820 ILCS 405/1900 forbids the production and disclosure of any agency documents. Therefore, without a court order, the Illinois Department of Employment security cannot legally release any of these documents. If you wish to pursue the release of the documents, I suggest you review EEOC v. IDES, 995 F.2d 106 (7th Cir. 1993).

   Should you have any questions, please feel free to contact me.

Very truly yours,

LISA MADIGAN
Attorney General
State of Illinois

RICHARD S. GRENVICH
Assistant Attorney General

RSG/dls
Attachment