IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUVENIA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08 C 00581 |
| vs. | ) |
| | ) |
| HONDO INCORPORATED, d/b/a Coca-Cola | ) |
| Bottling Company of Chicago | ) Judge Andersen |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Kevin T. Lee, Esq.  　　　　　　　　Richard S. Grenvich, Esq.
　　　Greene & Letts 　　　　　　　　　　Assistant Attorney General
　　　111 West Washington Street 　　　　Bureau of Unemployment Insurance
　　　Chicago IL 60602 　　　　　　　　　33 South State Street
　　　　　　　　　　　　　　　　　　　　Suite 992
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603

　　　　　　　　　　　　　　　　　　　　via U.S. Mail

   PLEASE TAKE NOTICE that on May 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen, or any judge sitting in his stead in Courtroom 1403 of the United States District Court located at 219 South Dearborn Street, Chicago, Illinois and present the attached plaintiff's Motion to Compel the Illinois Department of Employment Security to Comply with Subpoena.

　　　　　　　　　　　　　　　　　　　　By: /s/ Marshall J. Burt

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 13, 2008, I electronically filed the Notice and attached document with the Clerk of Court using the CM/ECF system which will send notification of this filing to the above listed attorneys.

　　　　　　　　　　　　　　　　　　　　By: /s/ Marshall J. Burt

Marshall J. Burt, Esq. ID #06198381
Andrew J. Cohen, Esq. ID #06215895
77 West Washington Street
Suite 1900
Chicago, IL 60602
(312) 419-1999
marshall@mjburtlaw.com
lawyerajc@aol.com