# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Louvenia Hall

                      Plaintiff,

v.                                              Case No.: 1:08−cv−00581

                                                            Honorable Wayne R. Andersen

Hondo Incorporated

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion to compel [15] is granted. Status hearing held on 5/21/2008. Motion hearing held on 5/21/2008. Plaintiff's motion to turnover records regarding plaintiff is granted. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.