U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-00581 |
|---|---|

Louvenia Hall, Plaintiff
v.
Hondo Incorporated d/b/a Coca-Cola Bottling Company of Chicago, an Indiana Corporation, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hondo Incorporated

| NAME (Type or print) |
|---|
| William G. Trumpeter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William G. Trumpeter |
| FIRM |
| Miller & Martin PLLC |
| STREET ADDRESS |
| 832 Georgia Avenue, Suite 1000 |
| CITY/STATE/ZIP |
| Chattanooga, TN 37402 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 009301 | (423) 756-6600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐