IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUVENIA HALL, ) | |
| ) | No. 08-C-581 |
| Plaintiff, ) | |
| ) | Hon. Judge Andersen |
| v. ) | Judge Presiding |
| ) | |
| HONDO INCORPORATED, d/b/a ) | |
| COCA-COLA BOTTLING COMPANY ) | Magistrate Judge Schenkier |
| OF CHICAGO, an Indiana corporation, ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR LEAVE TO FILE AMENDED ANSWER

Comes now Defendant and moves for leave to file an amended answer in the above-referenced cause.

The reason for the motion is that Defendant has learned of facts after engaging in discovery that it believes will establish an affirmative defense.

Defendant moves to amend its Answer to assert an additional affirmative defense by amending its Answer to include:

> "3. Plaintiff falsified her application for employment and she would have been discharged for such falsification even if she had not been discharged previously." For the foregoing reasons, Defendant moves to amend its Answer.

Respectfully submitted,

MILLER & MARTIN PLLC

By: */s/William G. Trumpeter*
William G. Trumpeter

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN  37402
Telephone:  423-785-8318
Facsimile:  423-785-8293

and

GREENE & LETTS

By: */s/Kevin T. Lee*
Kevin T. Lee

111 West Washington Street, Suite 1650
Chicago, IL  60602
Telephone:  312-346-1100
Facsimile:  312-346-4571

Attorneys for Defendant