**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOUVENIA HALL, | ) | |
| | ) | No. 08-C-581 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Andersen |
| v. | ) | Judge Presiding |
| | ) | |
| HONDO INCORPORATED, d/b/a | ) | Magistrate Judge Schenkier |
| COCA-COLA BOTTLING COMPANY | ) | |
| OF CHICAGO, an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   Marshall J. Burt
77 W. Washington St.,
Chicago, IL 60602

PLEASE TAKE NOTICE that on **April 21, 2007** at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Andersen** or any Judge sitting in his stead, in Room 1403, Federal District Court, 219 S. Dearborn Street, Chicago, Illinois and move the Court pursuant to the attached: **DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER.**

Respectfully submitted,

COCA COLA ENTERPRISES, INC.

By: */s/Kevin T. Lee*_____
   Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street, Suite 1650
Chicago, Illinois 60602
312/346-1100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **August 15, 2008**:

()      electronic notification

(  )     by personal delivery

(**X**)    by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

By: */s/Kevin T.  Lee*
Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois  60602
312/346-1100
X:\COCA COLA ENTERPRISES INC\HALL 0133-00006\Pleadings\08 15 08-NOM.doc